NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

04-142

STATE OF LOUISIANA

VERSUS

JOSEPH C. ZENON

**********

APPEAL FROM THE
SIXTEENTH JUDICIAL DISTRICT COURT
PARISH OF ST. MARTIN, NO. 97-183347
HONORABLE JOHN E. CONERY, DISTRICT JUDGE

**********

ELIZABETH A. PICKETT
JUDGE

**********

Court composed of Sylvia R. Cooks, Elizabeth A. Pickett, and Billy Howard Ezell, Judges.

SENTENCE VACATED AND REMANDED FOR RESENTENCING;
MOTION TO WITHDRAW DENIED.

Cooks, J., dissents and assigns written reasons.

Hon. J. Phillip Haney
District Attorney
Walter James Senette, Jr.
Assistant District Attorney
300 Iberia Street, Suite 200
New Iberia, LA 70560
(337) 369-4420
Counsel for Plaintiff/Appellee:
State of Louisiana

**G. Paul Marx**
**Attorney at Law**
**Louisiana Appellate Project**
**P. O. Box 82389**
**Lafayette, LA 70598-2389**
**(337) 237-2537**
**Counsel for Defendant/Appellant:**
**Joseph C. Zenon**

**Joseph C. Zenon**
**Caldwell Det. C. - So. B-Dorm**
**701 Hwy.845**
**Grayson, LA 71435**